JORDAN ETH (CA SBN 121617)
JEth@mofo.com
CHRISTIN HILL (CA SBN 247522)
CHill@mofo.com
MICHAEL KOMOROWSKI (CA SBN 323517)
MKomorowski@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone:    415.268.7000
Facsimile:    415.268.7522

Attorneys for Defendants
Vistagen Therapeutics, Inc., Shawn K. Singh, and
Joshua Prince

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAN ELLER, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>VISTAGEN THERAPEUTICS, INC., SHAWN K. SINGH, and JOSHUA PRINCE,<br><br>Defendants. | Case No. 3:26-cv-00427-RS<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING DEFENDANTS' TIME TO RESPOND TO COMPLAINT PENDING APPOINTMENT OF LEAD PLAINTIFF AND LEAD COUNSEL AND VACATING INITIAL CASE MANAGEMENT CONFERENCE** |

All parties, through their undersigned counsel, submit this Stipulation deferring Defendants' deadlines to respond to the complaint pursuant to Civil Local Rule 6-1(a) and vacating the initial case management conference and related deadlines.

### RECITALS

WHEREAS, on January 15, 2026, Plaintiff Dan Eller, individually and on behalf of all others similarly situated, filed a putative class action complaint (the "Complaint") captioned *Eller v. Vistagen Therapeutics, Inc., et al.*, Case No. 3:26-cv-00427-RS, against defendants Vistagen Therapeutics, Inc., Shawn K. Singh, and Joshua Prince (collectively, "Defendants") alleging violations of Sections 10(b) and 20(a) of the Securities Exchange Act of 1934;

WHEREAS, on January 16, 2026, the Court issued an order setting an initial case management conference for April 16, 2026, and associated deadlines have been scheduled pertaining to a Rule 26(f) conference and joint case management statement, and to certain ADR requirements, in accordance with the Federal Rules of Civil Procedure and the Court's Local Rules;

WHEREAS, this action is subject to the requirements of the Private Securities Litigation Reform Act of 1995 (the "Reform Act"), 15 U.S.C. § 78u-4, which contemplates the consolidation of similar actions and the appointment of lead plaintiff and lead counsel;

WHEREAS, it is anticipated that an amended complaint will be filed following the Court's appointment of a lead plaintiff and lead counsel;

WHEREAS, there is a stay of discovery in this action pursuant to the Reform Act, 15 U.S.C. § 78u-4(b)(3)(B);

WHEREAS, counsel for the undersigned parties agree and respectfully submit to the Court that deferring the response deadlines for Defendants until after the Court appoints a lead plaintiff and lead counsel pursuant to the Reform Act is prudent and will conserve party and judicial resources. The parties further agree that an initial case management conference, attendant deadlines, and related ADR procedures are premature before the Court's appointment of a lead plaintiff and should be deferred until the initial case management conference is reset; and

WHEREAS, there have been no previous requests for an extension of time in this matter.

## STIPULATION

NOW, THEREFORE, the undersigned stipulate, subject to Court approval, as follows:

1. Undersigned counsel for Defendants is authorized to waive, and hereby waives, service of the summons and Complaint, without waiving any of their rights or defenses other than with respect to sufficiency of service of process.

2. In the interests of judicial economy and preserving the resources of the Parties and the Court, Defendants shall have no obligation to respond to the Complaint until after the Court appoints a lead plaintiff and lead counsel.

3. Counsel for Defendants will meet and confer with counsel for the Court-appointed lead plaintiff within fourteen (14) days after the Court makes its appointment to discuss a schedule for the filing of any amended complaint and Defendants' response(s) to that amended complaint.

4. Defendants and the Court-appointed lead plaintiff shall promptly thereafter submit a proposed schedule, subject to Court order, for the filing of any amended complaint and Defendants' response(s) to that amended complaint.

5. In the interests of judicial economy and preserving the resources of the parties and the Court, the parties agree that the initial case management conference that is presently scheduled for April 16, 2026, should be vacated and reset after the Court enters a schedule for the filing of any amended complaint and Defendants' response(s) to that amended complaint. The parties also agree that related deadlines, including ADR requirements, should be deferred until the initial case management conference is reset.

6. No party is waiving any rights, claims, or defenses of any kind except as expressly stated herein.

Dated:  February 2, 2026

MORRISON & FOERSTER LLP


/s/ Jordan Eth
Jordan Eth
425 Market Street
San Francisco, CA 94105-2482
Telephone:  415.268.7000
jeth@mofo.com

Attorneys for Defendants
Vistagen Therapeutics, Inc., Shawn K. Singh,
and Joshua Prince


Dated:  February 2, 2026

LEVI & KORSINSKY, LLP


/s/ Adam M. Apton
Adam M. Apton
1160 Battery Street East, Suite 100
San Francisco, CA 94111
Telephone:  415.373.1671
aapton@zlk.com

Attorneys for Plaintiff
Dan Eller

## [PROPOSED] ORDER

PURSUANT TO THE STIPULATION, IT IS SO ORDERED.


Dated:  February 9, 2026

HONORABLE RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE

STIPULATION AND [PROPOSED] ORDER
EXTENDING DEFENDANTS' TIME TO RESPOND          4                    Case No. 3:26-cv-00427-RS
TO COMPLAINT

## ATTESTATION (CIVIL LOCAL RULE 5-1(i)(3))

Pursuant to Civil Local Rule 5-1(i)(3), I attest that all signatories have concurred in the filing of this document.

Dated: February 2, 2026                    */s/ Jordan Eth*
_____