**THE ROSEN LAW FIRM, P.A.**
Laurence M. Rosen, Esq. (SBN 219683)
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

*[Proposed] Lead Counsel for Plaintiff and the Class*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAN ELLER, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> VISTAGEN THERAPEUTICS, INC., SHAWN K. SINGH, and JOSHUA PRINCE,, <br><br> Defendants. | Case No. 3:26-cv-00427-RS <br><br> **DECLARATION OF LAURENCE M. ROSEN IN SUPPORT OF MOTION OF CURT TINGLEY FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF COUNSEL** <br><br> CLASS ACTION <br><br> Judge: Richard Seeborg <br> Hearing: April 23, 2026 <br> Time: 1:30 p.m. <br> Courtroom: 3 – 17th Floor (San Francisco) |

I, Laurence M. Rosen, declare:

1.      I am an attorney duly licensed to practice in the State of California and before this Court. I am the managing partner of The Rosen Law Firm, P.A., attorneys for movant Curt Tingley ("Movant"). I make this declaration in support of Movant's motion for appointment as Lead Plaintiff and approval of Movant's choice of counsel pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934. I have personal knowledge of the matters stated herein and if called as a witness, I could and would competently testify thereto.

2.      Attached hereto are true and correct copies of the following documents:

Exhibit 1:      PSLRA Early Notice;

1

DECLARATION OF LAURENCE M. ROSEN IN SUPPORT OF MOTION OF MOVANT CURT TINGLEY
FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF COUNSEL
Case No. 3:26-cv-00427-RS

Exhibit 2:     Movant's PSLRA certification;

Exhibit 3:     Movant's loss chart;

Exhibit 4:     The firm resume of The Rosen Law Firm, P.A.;

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed this 16th day of March 2026.

**THE ROSEN LAW FIRM, P.A.**

/s/ Laurence M. Rosen
Laurence M. Rosen, Esq. (SBN 219683)

2

DECLARATION OF LAURENCE M. ROSEN IN SUPPORT OF MOTION OF MOVANT CURT TINGLEY FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF COUNSEL
Case No. 3:26-cv-00427-RS

**PROOF OF SERVICE**

I, Laurence M. Rosen, hereby declare under penalty of perjury as follows:

I am the managing attorney of The Rosen Law Firm, P.A., with offices at 355 South Grand Avenue, Suite 2450, Los Angeles, CA 90071. I am over the age of eighteen.

On March 16, 2026, I electronically filed the following **DECLARATION OF LAURENCE M. ROSEN IN SUPPORT OF MOTION OF MOVANT CURT TINGLEY FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF COUNSEL** with the Clerk of the Court using the CM/ECF system which sent notification of such filing to counsel of record.

Executed on March 16, 2026.

/s/ Laurence M. Rosen
Laurence M. Rosen

3

DECLARATION OF LAURENCE M. ROSEN IN SUPPORT OF MOTION OF MOVANT CURT TINGLEY
FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF COUNSEL
Case No. 3:26-cv-00427-RS