**LEVI & KORSINSKY, LLP**
Adam M. Apton (SBN 316506)
1160 Battery Street East, Suite 100
San Francisco, CA 94111
Tel: (415) 373-1671
Email: aapton@zlk.com

*Attorneys for Movant Eric Weinberger*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAN ELLER, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>VISTAGEN THERAPEUTICS, INC., SHAWN K. SINGH, and JOSHUA PRINCE,<br><br>Defendants. | Case No.: 3:26-cv-00427-RS<br><br>**ERIC WEINBERGER'S REPLY IN FURTHER SUPPORT OF HIS MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF COUNSEL**<br><br>Date:          April 23, 2026<br>Time:          1:30 p.m.<br>Courtroom:   12-19th Floor<br>Judge:         Hon. Richard Seeborg |

ERIC WEINBERGER'S REPLY IN FURTHER SUPPORT OF HIS MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF COUNSEL

Eric Weinberger respectfully submits this reply memorandum in further support of his pending motion which seeks appointment as Lead Plaintiff and approval of his selection of Levi & Korsinsky, LLP ("Levi & Korsinsky") as Lead Counsel for the Class.

Mr. Weinberger timely filed his motion for lead plaintiff on March 16, 2026, stating that he suffered approximately $1,042,021.69 pursuant to Section 21D of the Securities Exchange Act of 1934 ("Exchange Act") in financial losses in connection with his purchase of Vistagen Therapeutics, Inc. ("Vistagen") common stock between April 1, 2024 and December 16, 2025, inclusive (the "Class Period"). *See* ECF No. 14. Mr. Weinberger filed a response on March 30, 2026. *See* ECF No. 26.  Mr. Weinberger's Motion is the only pending lead plaintiff motion before the Court. The deadline for opposing Mr. Weinberger's motion has passed and, to date, there is no opposition to it.[1]

By statute, the movant with the "largest financial interest in the relief sought by the class" is entitled to a "presumption" that he or she is the "most adequate plaintiff" to serve as the lead plaintiff. *See* 15 U.S.C. § 78u-4(a)(3)(B)(iii). Once the presumption of "most adequate plaintiff" has attached, it can only be rebutted with "proof" of inadequacy or atypicality. 15 U.S.C. § 78u-4(a)(3)(B)(iii)(II); *In re Cavanaugh*, 306 F.3d at 741. Absent proof rebutting the presumption, Mr. Weinberger is entitled to be appointed as the lead plaintiff. *See Hufnagle v. Rino Int'l Corp.*, No. CV 10-8695-VBFVBKX, 2011 U.S. Dist. LEXIS 19771, at *16 -26 (C.D. Cal. Feb. 14, 2011), *adopted,* No. CV 10-1754-VBFVBKX, 2011 U.S. Dist. LEXIS 19760 (C.D. Cal. Feb. 16, 2011) (appointing the most adequate plaintiff where competing movants failed to submit proof of unique defense).

Mr. Weinberger is the movant with the largest financial interest, claiming a loss of $1,042,021.69 on his Vistagen investment. *See* ECF No. 14-3. Mr. Weinberger also satisfies the Rule 23 requirements. Mr. Weinberger's claims are typical of those of other Class members because, like other Class members, he acquired Vistagen common stock during the Class Period at prices artificially inflated by Defendants' misrepresentations and/or omissions that form the basis of the Action. Moreover, Mr. Weinberger's claims are based on the same legal theory and arise from the same events

---

[1] On March 30, 2026, movants Curt Tingley and Tyler Bussmann filed notices of non-opposition. *See* ECF Nos. 24 and 25.

ERIC WEINBERGER'S REPLY IN FURTHER SUPPORT OF HIS MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF COUNSEL

and course of conduct as the Class's claims. Mr. Weinberger has further demonstrated his adequacy by providing his education, employment, and years of investing experience. *See* ECF No. 14-5. Mr. Weinberger considers himself to be a sophisticated individual, having been investing in the stock market for 15 years. *Id*. He resides in Palm Beach Gardens, Florida, and possesses an undergraduate degree from James Madison University and a Master of Business Administration degree from the University of Miami in Florida. *Id*. Mr. Weinberger is currently employed in the medical services industry providing office administrative services for spine and orthopedic surgeons. *Id*. He has experience overseeing attorneys, as he has hired attorneys for business-related litigation and other miscellaneous disputes. *Id*. Mr. Weinberger is the movant for lead plaintiff that has the largest financial interest in the Action and otherwise meets the requirements of Rule 23. With no other movant able to rebut the presumption, Mr. Weinberger is the most adequate plaintiff.

Based on the facts presented above and the factual, legal, and financial reasons presented in his motion and response, Mr. Weinberger respectfully requests that the Court issue an order pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3)(B), as amended by the PSLRA: (1) appointing Mr. Weinberger as Lead Plaintiff on behalf of all investors who purchased or otherwise acquired Vistagen common stock during the Class Period; (2) approving Mr. Weinberger's selection of Levi & Korsinsky as Lead Counsel for the Class; and (3) granting such other relief as the Court deems proper.

Dated: April 6, 2026                     Respectfully submitted,

                                         **LEVI & KORSINSKY, LLP**


                                         */s/ Adam M. Apton*
                                         Adam M. Apton (SBN 316506)
                                         1160 Battery Street East, Suite 100
                                         San Francisco, CA 94111
                                         Tel: (415) 373-1671
                                         Email: aapton@zlk.com

                                         *Attorneys for Eric Weinberger and Proposed Lead*
                                         *Counsel for the Class*

ERIC WEINBERGER'S REPLY IN FURTHER SUPPORT OF HIS MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF COUNSEL