**LEVI & KORSINSKY, LLP**
Adam M. Apton (SBN 316506)
1160 Battery Street East, Suite 100
San Francisco, CA 94111
Tel: (415) 373-1671
Email: aapton@zlk.com

*Attorneys for Lead Plaintiff Eric Weinberger*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAN ELLER, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>VISTAGEN THERAPEUTICS, INC., SHAWN K. SINGH, and JOSHUA PRINCE,<br><br>Defendants. | Case No.: 3:26-cv-00427-RS<br><br>**STIPULATION AND ~~[PROPOSED]~~ ORDER REGARDING SCHEDULING**<br><br>Judge: Hon. Richard Seeborg |

1

STIPULATION AND ~~PROPOSED~~ ORDER REGARDING SCHEDULING

WHEREAS, on January 15, 2026, Plaintiff Dan Eller, individually and on behalf of all others similarly situated, filed a putative class action complaint (the "Complaint") captioned *Eller v. Vistagen Therapeutics, Inc., et al.*, Case No. 3:26-cv-00427-RS, against defendants Vistagen Therapeutics, Inc., Shawn K. Singh, and Joshua Prince (collectively, "Defendants") alleging violations of Sections 10(b) and 20(a) of the Securities Exchange Act of 1934;

WHEREAS, on February 9, 2026, the Court issued an Order requiring the parties to jointly submit a proposed schedule for filing an amended complaint, Vistagen Therapeautics, Inc.'s time to move, answer, or otherwise respond and if necessary, deadlines for oppositions and replies to any contemplated motion to dismiss within fourteen (14) days of the appointment of a Lead Plaintiff and Lead Counsel (ECF No. 13);

WHEREAS, on April 16, 2026, the Court issued an Order appointing lead plaintiff movant Eric Weinberger as lead plaintiff, and appointing Levi & Korsinsky, LLP as lead counsel (ECF No. 30);

WHEREAS, the undersigned parties have conferred regarding service and a proposed schedule for filing an amended complaint, and a motion to dismiss, if necessary.

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned parties, and subject to approval of the Court, as follows:

1. Plaintiff will file an Amended Complaint by June 19, 2026.

2. Defendants will answer or move to dismiss the Amended Complaint by August 18, 2026;

3. If Defendants move to dismiss the Amended Complaint, Plaintiff will file a memorandum in opposition to the motion by October 2, 2026.

4. Defendants will file any reply memorandum by November 13, 2026.

Dated: April 24, 2026                           Respectfully submitted,


/s/ *Adam M. Apton*                             /s/ *Christin Hill*
Adam M. Apton (SBN 316506)                      Jordan Eth (CA SBN 121617)
1160 Battery Street, Suite 100                  Christin Hill (CA SBN 247522)
San Francisco, CA 94111                         Michael Komorowski (CA SBN 323517)
Tel: (415) 373-1671                             Christina E. Dierolf (CA SBN 335258)
Email: aapton@zlk.com                           425 Market Street
                                                San Francisco, California 94105
LEVI & KORSINSKY LLP                            Telephone: (415) 268-7000
*Attorney for Lead Plaintiff*                   JEth@mofo.com
                                                CHill@mofo.com
                                                MKomorowski@mofo.com
                                                CDierolf@mofo.com

                                                MORRISON & FOERSTER LLP

                                                *Attorneys for Defendants*

**ATTESTATION OF SIGNATURES**

I, Adam M. Apton, hereby attest, pursuant to Local Civil Rule 5-1(i)(3) of the United States District Court for the Northern District of California, that concurrence in the filing of this document has been obtained from each signatory hereto.


Dated: April 24, 2026                           /s/ __Adam M. Apton_____


PURSUANT TO STIPULATION, IT IS SO ORDERED.


Dated: April 24, 2026                           _____
                                                Hon. Richard Seeborg
                                                Chief United States District Judge

---

3

STIPULATION AND PROPOSED ORDER REGARDING SCHEDULING